# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00055-CV

---

**Douglas R. Tonge, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE JUSTICE COURT PRECINCT 5 OF TRAVIS COUNTY
### NO. J5-CV-21-258894, THE HONORABLE RICK RICO OLIVO, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Douglas R. Tonge attempts to appeal from a judgment of a justice court. By letter dated February 1, 2024, the Court questioned its jurisdiction and asked appellant to file a response by February 12, 2024, explaining how this Court may exercise jurisdiction over this matter. The notice advised appellant that failure to file a response could result in dismissal of the appeal for want of jurisdiction. Appellant has not filed a response to date.

This Court's jurisdiction is limited to appeals from judgments by district or county courts within our district boundaries. Tex. Gov't Code § 22.220(a). Appeals from justice courts generally must be brought in the county court. Tex. Civ. Prac. & Rem. Code § 51.001(a). Consequently, a notice of appeal from a judgment of a justice court does not invoke this Court's appellate jurisdiction. *See Reese v. Scott*, No. 03-22-00647-CV, 2022 WL 17096685, at *1 (Tex. App.—Austin Nov. 22, 2022, no pet.) (mem. op.); *McCuin v. Vinyard at the Ranch*,

No. 05-19-00992-CV, 2019 WL 5128136, at *1 (Tex. App.—Dallas Oct. 7, 2019, no pet.) (mem. op.). Because this Court lacks jurisdiction to hear appeals from justice courts, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Jurisdiction

Filed:  February 21, 2024